## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ANDRE CHEEKS,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| **v.** | **1:23-cv-05977-LMM-JEM** |
| **EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,** | |
| **Defendants.** | |

## STIPULATION TO DISMISS AS TO TRANS UNION, LLC ONLY

Plaintiff Andre Cheeks and Defendant Trans Union, LLC, by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: June 14, 2024

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No. 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, Georgia 30030
Telephone: (770) 775-0938
joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

*/s/ N. Charles Campbell*
N. Charles Campbell
Ga. Bar No. 210929
charles.campbell@equifax.com
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
Ph. 404-885-8066

ATTORNEY FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC

*/s/ Christine Emello*
Christine Emello
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE
3000 Bank of America Plaza
Atlanta, GA 30308
470-446-2136
Email: christine.emello@troutman.com

ATTORNEY FOR DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.

*/s/ Paul Myers*

Paul Myers
Quilling, Selander, Lownds, Winslett & Moser, P.C.
Attorney for Trans Union, LLC.
6900 Dallas Parkway
Suite 800
Plano, TX 75024
(214) 871-2100

ATTORNEY FOR DEFENDANT
TRANS UNION LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2024, I filed a true and correct copy of the foregoing Stipulation to Dismiss with the Electronic Case Filing system of the Court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland