IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDRE CHEEKS,                :   | |
| :                             | |
| Plaintiff,          :         | |
| :                             | |
| v.                       :    | CIVIL ACTION NO. |
| :                             | 1:23-cv-05977-LMM-JEM |
| :                             | |
| EQUIFAX INFORMATION      :    | |
| SERVICES LLC,            :    | |
| :                             | |
| Defendant.          :         | |

## ORDER

This matter is presently before the Court on the parties' stipulation of dismissal. Dkt. No. [30]. After due consideration, the Court **APPROVES** the stipulation. This matter is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 7th day of November, 2024.

_____
**Leigh Martin May**
**United States District Judge**